**2009–2134.  State ex rel. Legge v. Faulkner.**
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2151.  Lopez v. Sheets.**
In Habeas Corpus. On petition for writ of habeas corpus of Juan Ramone Lopez and motion to amend petition. Sua sponte, cause dismissed. Motion to amend petition denied as moot.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2152.  State ex rel. Texas E. Transm., L.P. v. Ohio Reclamation Comm.**
In Prohibition. On motion of American Energy Corporation for leave to intervene as respondent, motions to dismiss of respondent and intervening respondent, and motion for admission pro hac vice of David R. Overstreet and Craig P. Wilson by Frank L. Merrill. Motion for admission pro hac vice granted. Motion for leave to intervene granted. Motions to dismiss granted. Cause dismissed.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2169.  State ex rel. Dickens v. Brunsman.**
In Habeas Corpus. On petition for writ of habeas corpus of Terence E. Dickens. Sua sponte, cause dismissed.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2191.  Hake v. Pineda.**
In Habeas Corpus. On petition for writ of habeas corpus of Paul Hake. Sua sponte, cause dismissed.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2004–0041 and 2007–0475.  State v. Elmore.**
Licking C.P. No. 02 CR 275. On motion to consolidate direct appeal case numbers. Motion denied. On application for reopening of case No. 2004–0041. Motion denied because appellant failed to comply with the 90–day filing deadline in S.Ct.Prac.R. 11.6(A). On application for reopening of case No. 2007–0475 under S.Ct.Prac.R. 11.6. Motion denied.
    CUPP, J., not participating.

**2009–0627.  DIRECTV, Inc. v. Levin.**
Franklin App. No. 08AP–32, 181 Ohio App.3d 92, 2009-Ohio-636. On motion for admission pro hac vice of Sheldon H. Laskin, Shirley K. Sicilian, Annina M. Mitchell, Christopher G. Browning Jr., Michael D. Youth, Kay Linn Miller Hobart, and Gary R. Govert by Julie A. Brigner; on motion for admission pro hac vice of David Parkhurst, Walter Hellerstein, John A. Swain, and Eric Tresh by Douglas R. Matthews; on motion for admission pro hac vice of Arthur Harding, Craig Gilley, and Micah Caldwell by Donald J. Mooney Jr.; and on motion for admission pro hac vice of Julia C. Ambrose, Charles F. Marshall III, and Marcus W. Trathen by Paul D. Ritter Jr. Motions granted.

**2009–1038.  State ex rel. Wilson v. McGee.**
Montgomery App. No. 23333. On motion for relief from judgment. Motion denied.

**2009–1069.  Barberton v. Jenney.**
Summit App. No. 24423, 2009-Ohio-1985. On motion for admission pro hac vice of Emily Schlesinger by Benjamin C. Mizer. Motion granted.